# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0560

VERSUS

DA'VON HARRIS

**JULY 13, 2026**

---

In Re:    Da'Von Harris, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-01937.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT